Case 3:25-cv-00993-RFL   Document 24   Filed 06/11/26   Page 1 of 1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FONG DEREK CHAU AND FDC CONSTRUCTION INC.,

Plaintiffs,

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC.; and DOES 1 through 10, inclusive,

Defendants.

Case No. 3:25-cv-00993-RFL

Hon. Rita F. Lin

[~~PROPOSED~~] JUDGMENT

The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiffs FONG DEREK CHAU AND FDC CONSTRUCTION INC . ("Plaintiffs") accepted JAGUAR LAND ROVER NORTH AMERICA, LLC.'s Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on April 29, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $60,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date:  June 11, 2026

_____
Hon. Rita F. Lin
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] JUDGMENT